# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 2643
DURANGO 102,

        Appellant,

vs.

BANK OF AMERICA, N.A.; AND
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

        Respondents.

No. 76440

FILED

FEB 06 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]

_____, C.J.

cc: Hon. Linda Marie Bell, Chief Judge
    Robert Saint-Aubin, Settlement Judge
    Kerry P. Faughnan
    Akerman LLP/Las Vegas
    Eighth District Court Clerk

---

[1]The motion to dismiss this appeal, filed on February 1, 2019, is denied as moot.

19-05745